## Return

| Case No.: 15-SW-00111-SWH | Date and time warrant executed: 5-4-15  10:30 Am | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of : SA Trisha McCormick

Inventory of the property taken and name of any person(s) seized:

Cellbrite physical extraction completed.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-4-2015

Trisha McCormick
*Executing officer's signature*

Trisha McCormick Special Agent FBI
*Printed name and title*